# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEPHANIE K. MARTINEZ

NO. 2019 KW 1640

FEB 1 8 2020

---

In Re: Stephanie K. Martinez, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 607,779.

---

BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT